**Order entered November 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00480-CV

## IN THE INTEREST OF B.Q.T., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-07404-S**

## ORDER

We **GRANT** the November 7, 2014 motion of appellee Thuy Nhu Nguyen for an extension of time to file a brief. Appellee Thuy Nhu Nguyen shall file a brief by **December 10, 2014**.

/s/     ELIZABETH LANG-MIERS
         JUSTICE